STATE EX REL. MICHAEL ET AL. *v.* COOPER ET AL.

[No. 15,276. Filed November 7, 1935. Rehearing denied March 12, 1936.]

*Alonzo Blair, Clarke & Clarke, Philip Lutz, Jr.,* Attorney-General, *Joseph W. Hutchinson,* Assistant Attorney-General, and *Val Mitch,* for appellants.

*White, Wright & Boleman, John F. Linder,* and *Carl Seet,* for appellees.

KIME, J.—The same questions are presented by the motion to dismiss in this case as were presented and decided on the motion to dismiss in the case of *State of Indiana ex rel. Daniel S. Michael et al.* v. *William Hand Cooper et al.* (1935), *ante* 588, 198 N. E. 120. On authority of that case this appeal is dismissed.